UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.                              Case No. 02-cr-147-pp

OMAR NELUMS,
and TERRECHO SHURN,

       Defendants.

UNITED STATES OF AMERICA,

       Plaintiff,

v.                              Case No. 02-Cr-155-pp

LAKESHA M. BRUCE,

       Defendant.

**ORDER GRANTING MOTION TO AMEND JUDGMENT AS TO OMAR NELUMS (DKT. NO. 291 IN CASE NO. 02-CR-147) AND ORDERING AMENDMENT OF JUDGMENT AS TO TERRECHO SHURN AND LAKESHA BRUCE**

Defendant Omar Nelums has asked the court to amend his judgment to reflect the correct amount of restitution, which he asserts is $4,542.00. Dkt. No. 291. The court asked the government to respond to that motion. Dkt. No. 292. Specifically, the court asked the government for input on three issues:

> (a) Is there any reason why the court should not amend Omar Nelum's judgment to reflect restitution of $4,542? (b) Is there any reason why the court should not amend Terrecho Shurn's judgment to reflect restitution in that amount? (c) Is there any reason that, if

1

> the clerk's office confirms that Nelums has paid more than $4,542, this court should not order the excess to be returned to Nelums?

Id. at 3.

The government filed a response on April 16, 2019. Dkt. No. 293. The government recounted that at sentencing, Judge Charles N. Clevert, Jr. ordered restitution of $19,008.53, joint and several as to defendants Weylin Shurn, Terrecho D. Shurn, Omar Nelums and Trenise Blaylock in this case, and as to Lakesha M. Bruce in Case No. 02-cr-155. Id. The government agreed that in Weylin Shurn's appeal, it had conceded that the restitution calculation was incorrect; on remand Judge Clevert amended the judgments for Weylin Shurn (dkt. no. 246) and co-defendant Blaylock (dkt. no. 262) to reflect a revised restitution amount of $4,542.00. The government notes that the amended judgments continued to indicate that those defendants owed that restitution jointly and severally; the government also reports that the clerk's office refunded Weylin Shurn and Blaylock any overpayments. Dkt. No. 293 at 1.

The government indicates that "[i]t is unknown why the remaining co-defendants' judgments were not likewise amended." Id. at 2. It asks the court to amend the judgments for Terrecho D. Shurn and Nelums (in Case No. 02-cr-147) and the judgment for Bruce (in Case No. 02-cr-155) to reflect restitution of $4,542.00. Id. It also asks the court to order the clerk to refund any overpayments to these defendants.

The court **GRANTS** defendant Nelums's motion to amend judgment. Dkt. No. 291.

The court will enter an amended judgment for defendant Nelums reflecting restitution in the amount of $4,542.00 to be paid jointly and severally with his co-defendants in this case and with Bruce in Case No. 02-cr-155.

The court will enter an amended judgment for co-defendant Terrecho Shurn reflecting restitution in the amount of $4,542.00 to be paid jointly and severally with his co-defendants in this case and with Bruce in Case No. 02-cr-155.

The court will enter an amended judgment in Case No. 02-cr-155, <u>USA v. Lakesha M. Bruce</u>, reflecting restitution in the amount of $4,542.00 to be paid jointly and severally with the defendants in Case No. 02-cr-147.

The court **ORDERS** that the Clerk of Court shall refund to defendants Omar Nelums, Terrecho Shurn and Lakesha Bruce any overpayments.

Dated in Milwaukee, Wisconsin this 19th day of April, 2019.

                                        **BY THE COURT:**

                                        **HON. PAMELA PEPPER**
                                        **United States District Judge**